

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SHAUN RUSHING,                              )
                                            )
                 Plaintiff,                 )
                                            )
        v.                                  )        Civil Action No. 21-01904 (UNA)
                                            )
STATE OF MICHIGAN,                          )
                                            )
                 Defendant.                 )

### MEMORANDUM OPINION

The Court has reviewed the Plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted such that they can prepare a responsive answer, prepare an adequate defense, and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The Plaintiff, also known as Alexis Legree, allegedly was charged with a crime and apparently a State court convicted him and imposed a sentence. The State appellate courts did not overturn the conviction, and plaintiff's public defender failed to argue that certain evidence be

1

introduced.  For these acts, plaintiff demands an award of $110 trillion from each of four defendants.

As drafted, plaintiff's *pro se* complaint fails to comply with the minimal pleading standard set forth in Rule 8(a).  There are far too few facts alleged to state a viable legal claim, and certainly too few facts to show an entitlement to an award of $440 trillion.  Therefore, the Court will dismiss the complaint without prejudice and will grant the application to proceed *in forma pauperis*.  An Order consistent with this Memorandum Opinion is issued separately.

DATE: October 12, 2021

CARL J. NICHOLS
United States District Judge